[No. 19420-5-III.   Division Three.   January 10, 2002.]

*In the Matter of the Marriage of* KEVIN ROBERT KIRK, *Appellant,* and MARGARITA D. PEREZ, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-00277-0, Ellen K. Clark, J., entered June 19, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19748-4-III.   Division Three.   January 10, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. GUMICINDO LUCERO, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00470-5, Kenneth L. Jorgensen, J., entered October 30, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19798-1-III.   Division Three.   January 10, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ALBERTO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00956-2, Philip M. Raekes, J., entered December 20, 2000. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19863-4-III.   Division Three.   January 10, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ROY ASPDAL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02383-0, Michael E. Donohue, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.